CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**AUG 3 1 2006**

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| RUSSELL L. HONAKER, | ) | Civil Action No. 7:06CV00505 |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SOUTHWEST VIRGINIA REGIONAL | ) | By: Hon. Glen E. Conrad |
| JAIL, <u>et</u> <u>al.</u>, | ) | United States District Judge |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's motion to amend his complaint (docket #5) shall be and hereby is

   **GRANTED**; and

2. The plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice

   and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C.

   § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This _31st_ day of _August_, 2006.

_____
United States District Judge