CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 3 1 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RUSSELL L. HONAKER,<br>    Plaintiff, | Civil Action No. 7:06CV00505 |
| v. | **FINAL ORDER** |
| SOUTHWEST VIRGINIA REGIONAL<br>JAIL, et al.,<br>    Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

ORDERED

as follows:

1. The plaintiff's motion to amend his complaint (docket #5) shall be and hereby is **GRANTED**; and

2. The plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 31st day of August, 2006.

*/s/ Glen E. Conrad*
United States District Judge